1    Kent F. Larsen, Esq.
     Nevada Bar No. 3463
2    SMITH LARSEN & WIXOM
     Hills Center Business Park
3    1935 Village Center Circle
     Las Vegas, Nevada 89134
4    Tel:  (702) 252-5002
     Fax: (702) 252-5006
5    Email: kfl@slwlaw.com
     Attorneys for Defendant
6    Select Portfolio Servicing, Inc.

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

                JUN 1 9 2018

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY

7

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10

11   CHARLES R. KOZAK and SUSAN K.    )   Case No.  3:18-cv-00232-LRH-VPC
     KOZAK,                           )
12                                    )
              Plaintiffs,             )   STIPULATION AND [PROPOSED]
13                                    )   ORDER EXTENDING DEADLINE FOR
     v.                               )   DEFENDANT SELECT PORTFOLIO
14                                    )   SERVICING, INC., TO FILE A
     QUALITY LOAN SERVICE             )   RESPONSE TO PLAINTIFFS'
15   CORPORATION, a California        )   COMPLAINT
     corporation doing business in    )
16   Nevada; JPMORGAN CHASE BANK,     )
     National Association, WILMINGTON )
17   TRUST NATIONAL ASSOCIATION       )   (First Request)
     Trustee of the Structured Asset Mortgage )
18   Investments II Trust 2007-AR6;   )
     SELECT PORTFOLIO SERVICING, INC., )
19   a Utah corporation doing business )
     in Nevada, AMERICAN HOME         )
20   MORTGAGE ACCEPTANCE, a Maryland )
     corporation,                     )
21                                    )
              Defendants.             )
22   _____ )

23
           Plaintiffs Charles R. Kozak and Susan K. Kozak (collectively, "Plaintiffs"), and Defendant
24
     Select Portfolio Servicing, Inc. ("SPS"), by and through their respective undersigned counsel, hereby
25
     stipulate as follows:
26
     / / /
27
     / / /
28
     / / /

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

1.      SPS shall have through and including <u>**Wednesday, July 11, 2018**</u> to file a response to Plaintiffs' Complaint on file in this matter.

     This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

SMITH LARSEN & WIXOM

\s\ *Michael Lehners*
Michael Lehners, Esq.
Nevada Bar No. 3331
429 March Ave.
Reno, Nevada 89509
Ph: (775) 786-1695
Fax: (775) ___-____
Email: michaellehners@yahoo.com
Attorneys for Plaintiffs
Charles R. Kozak and Susan K. Kozak

\s\ *Kent F. Larsen.*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph: (702)252-5002
Fax (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Select Portfolio Servicing, Inc.

Dated: June 12, 2018

Dated: June 12, 2018

## ORDER

**IT IS SO ORDERED.**

Dated this ___ day of June, 2018.

UNITED STATES MAGISTRATE JUDGE

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

-2-