Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Select Portfolio Servicing, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES R. KOZAK and SUSAN K. KOZAK,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE C0RPORATION, a California corporation doing business in Nevada; JPMORGAN CHASE BANK, National Association, WILMINGTON TRUST NATIONAL ASSOCIATION Trustee of the Structured Asset Mortgage Investments II Trust 2007-AR6; SELECT PORTFOLIO SERVICING, INC., a Utah corporation doing business in Nevada, AMERICAN HOME MORTGAGE ACCEPTANCE, a Maryland corporation,<br><br>　　　　Defendants. | Case No. 3:18-cv-00232-LRH-VPC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING, INC., TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT<br><br>(Second Request) |

　　　　Plaintiffs Charles R. Kozak and Susan K. Kozak (collectively, "Plaintiffs"), and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their respective undersigned counsel, hereby stipulate as follows:

/ / /

/ / /

/ / /

1. SPS shall have through and including **Wednesday, August 1, 2018** to file a response to Plaintiffs' Complaint on file in this matter.

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is to allow the parties additional time to discuss the potential settlement of the claims in this matter.

|  |  |
|---|---|
|  | SMITH LARSEN & WIXOM |
| \s\ *Michael Lehners* | \s\ *Kent F. Larsen* |
| Michael Lehners, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 3331 | Nevada Bar No. 3463 |
| 429 March Ave. | 1935 Village Center Circle |
| Reno, Nevada 89509 | Las Vegas, Nevada 89134 |
| Ph: (775) 786-1695 | Ph: (702)252-5002 |
| Fax: (775) ___-____ | Fax (702) 252-5006 |
| Email: michaellehners@yahoo.com | Email: kfl@slwlaw.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Charles R. Kozak and Susan K. Kozak | Select Portfolio Servicing, Inc. |
| Dated: July 9, 2018 | Dated: July 9, 2018 |

**ORDER**

IT IS SO ORDERED.

Dated this 11th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE