Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A., and
Wilmington Trust, NA, solely as
successor trustee to Citibank, N.A.,
as Trustee, f/b/o the registered holders
of Structured Asset Mortgage
Investments II Trust 2007-AR6,
Mortgage Pass-Through Certificates,
Series 2007-AR6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES R. KOZAK and SUSAN K. KOZAK,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation doing business in Nevada; JPMORGAN CHASE BANK, National Association, WILMINGTON TRUST NATIONAL ASSOCIATION Trustee of the Structured Asset Mortgage Investments II Trust 2007-AR6; SELECT PORTFOLIO SERVICING, INC., a Utah corporation doing business in Nevada, AMERICAN HOME MORTGAGE ACCEPTANCE, a Maryland corporation,<br><br>Defendants. | Case No. 3:18-cv-00232-LRH-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS JPMORGAN CHASE BANK, N.A., AND WILMINGTON TRUST, N.A., AS TRUSTEE, TO FILE THEIR RESPONSES TO PLAINTIFFS' COMPLAINT**<br><br>(First Request) |

Plaintiffs Charles R. Kozak and Susan K. Kozak (collectively, "Plaintiffs"), and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Wilmington Trust, NA, solely as successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments

II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6 ("Wilmington"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. Chase and Wilmington shall have through and including **Wednesday, August 1, 2018** to file a response to Plaintiffs' Complaint on file in this matter.

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement of the claims asserted in this action.

|  |  |
|---|---|
|  | SMITH LARSEN & WIXOM |
| \s\ *Michael Lehners* | \s\ *Kent F. Larsen* |
| Michael Lehners, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 3331 | Nevada Bar No. 3463 |
| 429 March Ave. | 1935 Village Center Circle |
| Reno, Nevada 89509 | Las Vegas, Nevada 89134 |
| Ph: (775) 786-1695 | Ph: (702)252-5002 |
| Fax: (775) ___-____ | Fax (702) 252-5006 |
| Email: michaellehners@yahoo.com | Email: kfl@slwlaw.com |
| Attorneys for Plaintiffs Charles R. Kozak and Susan K. Kozak | Attorneys for Defendants JPMorgan Chase Bank, N.A., and Wilmington Trust, NA, solely as successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6 |
| Dated: July 9, 2018 | Dated: July 9, 2018 |

## ORDER

IT IS SO ORDERED.

Dated this 11th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE