# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES R. KOZAK and SUSAN K. KOZAK, <br><br>Plaintiffs, <br><br>v. <br><br>QUALITY LOAN SERVICE C0RPORATION, a California corporation doing business in Nevada; JPMORGAN CHASE BANK, National Association, WILMINGTON TRUST NATIONAL ASSOCIATION Trustee of the Structured Asset Mortgage Investments II Trust 2007-AR6; SELECT PORTFOLIO SERVICING, INC., a Utah corporation doing business in Nevada, AMERICAN HOME MORTGAGE ACCEPTANCE, a Maryland corporation, <br><br>Defendants. | Case No. 3:18-cv-00232-LRH-CBC <br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS SELECT PORTFOLIO SERVICING, INC., JPMORGAN CHASE BANK, N.A., AND WILMINGTON TRUST, N.A., AS TRUSTEE, TO FILE THEIR RESPONSES TO PLAINTIFFS' COMPLAINT** |

Counsel for Plaintiffs Charles R. Kozak and Susan K. Kozak (collectively, "Plaintiffs"), and Defendants Select Portfolio Servicing, Inc. ("SPS"), JPMorgan Chase Bank, N.A. ("Chase") and Wilmington Trust, NA, solely as successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through

Certificates, Series 2007-AR6 ("Wilmington"), continue to explore whether the claims in the above captioned action may be resolved informally. In light of the foregoing, Plaintiffs, SPS, Chase and Wilmington, by and through their respective undersigned counsel, hereby stipulate as follows (which is the third stipulated request on behalf of SPS, and the second stipulated request on behalf of Chase and Wilmington):

1. SPS, Chase and Wilmington shall have through and including **Wednesday, August 15, 2018** to file a response to Plaintiffs' Complaint on file in this matter.

This request for an additional extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is to allow the parties additional time to discuss the potential settlement of the claims in this matter.

\s\ *Michael Lehners*
Michael Lehners, Esq.
Nevada Bar No. 3331
429 March Ave.
Reno, Nevada 89509
Ph: (775) 786-1695
Fax: (775) ___-_____
Email: michaellehners@yahoo.com
Attorneys for Plaintiffs
Charles R. Kozak and Susan K. Kozak
Dated: July 23, 2018

SMITH LARSEN & WIXOM

\s\ *Kent F. Larsen,*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph: (702)252-5002
Fax (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendants JPMorgan Chase Bank, N.A., and Wilmington Trust, NA, solely as successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6 and Select Portfolio Servicing, Inc.
Dated: July 23, 2018

### ORDER

**IT IS SO ORDERED** , *nunc pro tunc*.

DATED this 28th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE