1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  SMITH LARSEN & WIXOM
   Hills Center Business Park
3  1935 Village Center Circle
   Las Vegas, Nevada 89134
4  Tel: (702) 252-5002
   Fax: (702) 252-5006
5  Email: kfl@slwlaw.com
   Attorneys for Defendants
6  Select Portfolio Servicing, Inc.,
   JPMorgan Chase Bank, N.A., and
7  Wilmington Trust, NA, solely as
   successor trustee to Citibank, N.A.,
8  as Trustee, f/b/o the registered holders
   of Structured Asset Mortgage
9  Investments II Trust 2007-AR6,
   Mortgage Pass-Through Certificates,
10 Series 2007-AR6



✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 31 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES R. KOZAK and SUSAN K. KOZAK,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation doing business in Nevada; JPMORGAN CHASE BANK, National Association, WILMINGTON TRUST NATIONAL ASSOCIATION Trustee of the Structured Asset Mortgage Investments II Trust 2007-AR6; SELECT PORTFOLIO SERVICING, INC., a Utah corporation doing business in Nevada, AMERICAN HOME MORTGAGE ACCEPTANCE, a Maryland corporation,<br><br>Defendants. | Case No. 3:18-cv-00232-LRH-CBC<br><br>*ORDER*<br><br>**JOINT MOTION TO APPEAR TELEPHONICALLY AT NOVEMBER 7, 2018 CASE MANAGEMENT CONFERENCE** |

Defendants Select Portfolio Servicing, Inc. ("SPS"), JPMorgan Chase Bank, N.A. ("Chase"), Wilmington Trust, NA, solely as successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through

Certificates, Series 2007-AR6 ("Wilmington") and Quality Loan Service Corporation ("QLSC") (collectively, "Defendants"), acting through their respective undersigned counsel of record, and pursuant to this Court's October 22, 2018 Order Setting Case Management Conference (ECF 40), hereby move this Court for an order allowing the undersigned counsel for SPS, Chase, Wilmington and QLSC to appear telephonically on Tuesday, November 7, 2018, at 10:00 a.m., for the currently scheduled Case Management Conference.

The principal offices of both of the undersigned counsel are located in Las Vegas, Nevada. As a result, the undersigned counsel jointly request that this Court allow them to appear telephonically at the Conference. In the event that the Court is inclined to grant this motion, the undersigned counsel also request that the Court provide the appropriate call in information relative to the Conference.

| MCCARTHY & HOLTHUS, LLP | SMITH LARSEN & WIXOM |
|---|---|
| \s\ Kristin A. Schuler-Hintz<br>Kristin A. Schuler-Hintz, Esq.<br>Nevada Bar No. 7171<br>9510 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>Ph: (702) 685-0329<br>Fax: (702) 339-5691<br>Email: Khintz@McCarthyHolthus.com<br>Attorneys for Defendant<br>Quality Loan Servicing Corporation | \s\ *Kent F. Larsen,*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Ph: (702)252-5002<br>Fax (702) 252-5006<br>Email: kfl@slwlaw.com<br>Attorneys for Defendants<br>Select Portfolio Servicing, Inc. |
| Dated: October 30, 2018 | Dated: October 30, 2018 |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 10/31/2018