# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES R. KOZAK and SUSAN K. KOZAK,<br><br>  Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation doing business in Nevada; JPMORGAN CHASE BANK, National Association, WILMINGTON TRUST NATIONAL ASSOCIATION Trustee of the Structured Asset Mortgage Investments II Trust 2007-AR6; SELECT PORTFOLIO SERVICING, INC., a Utah corporation doing business in Nevada, AMERICAN HOME MORTGAGE ACCEPTANCE, a Maryland corporation,<br><br>  Defendants. | Case No. 3:18-cv-00232-LRH-CBC<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS, WITH PREJUDICE** |

Plaintiffs Charles R. Kozak and Susan K. Kozak, and Defendants Quality Loan Service Corporation ("QLSC"), Select Portfolio Servicing, Inc. ("SPS"), JPMorgan Chase Bank, N.A. ("Chase"), and Wilmington Trust, NA, solely as successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-

Through Certificates, Series 2007-AR6 (the "Trust"), acting through their respective undersigned counsel of record and being all of the parties who have appeared in this action, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), hereby stipulate as follows:

1. All claims asserted (or which could have been asserted) in the above-captioned action as against SPS, Chase, Trust and QLSC shall be dismissed, with prejudice; and,

2. Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

|  |  |
|---|---|
| \s\ *Michael Lehners*<br>Michael Lehners, Esq.<br>Nevada Bar No. 3331<br>429 Marsh Ave.<br>Reno, Nevada 89509<br>Ph: (775) 786-1695<br>Fax: (775) ___-_____<br>Email: michaellehners@yahoo.com<br>Attorneys for Plaintiffs<br>Charles R. Kozak and Susan K. Kozak | SMITH LARSEN & WIXOM<br><br>\s\ *Kent F. Larsen,*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Ph: (702)252-5002<br>Fax (702) 252-5006<br>Email: kfl@slwlaw.com<br>Attorneys for Defendants<br>Select Portfolio Servicing, Inc. |

Dated: February 25, 2019

MCCARTHY & HOLTHUS, LLP

\s\ *Matthew D. Dayton*
Matthew D. Dayton, Esq.
Nevada Bar No. 11552
9510 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
Ph: (702) 685-0329
Fax (866) 339-5691
Email: Mdayton@McCarthyHolthus.com
Attorneys for Defendant
Quality Loan Servicing Corporation

Dated: February 25, 2019

Dated: February 25, 2019

**ORDER**

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 27th day of February, 2019.